PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: SMITH, Terrance

Cr.: 17-00116-001
PACTS #: 3473923

Name of Sentencing Judicial Officer:     THE HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/14/2017

Original Offense:     Possession of a Firearm by a Convicted Felon

Original Sentence: 57 months imprisonment; three (3) years supervised release; $100 special assessment

Special Conditions: 1) drug and alcohol testing/treatment; 2) mental health programming; and 3) participate in programming

Type of Supervision: Supervised Release          Date Supervision Commenced: 11/29/2021

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition of supervision:

Violation Number     Nature of Noncompliance

1                          On March 4, 2022, Smith admitted abusing Phencyclidine (PCP) while on
                            Supervised Release. Reportedly, such illicit use occurred on/about February 28,
                            2022.

U.S. Probation Officer Action:  The Probation Office will present this document to Smith. The act detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Joseph Empirio/jj*

By:   JOSEPH EMPIRIO
        Senior U.S. Probation Officer

/ jae

Prob 12A – page 2
SMITH, Terrance

APPROVED:

*Elisa Martinez*                    4/4/22

ELISA MARTINEZ              Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

X  No formal Court action to be taken at this time - Probation Office will present this document to the individual under supervision as a written reprimand issued under the authority of the Court ***(PROBATION RECOMMENDED)***

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

/s/ Kevin McNulty

Signature of Judicial Officer

4/11/2022

Date